No. 561. CARITATIVO *v.* CALIFORNIA ET AL. Certiorari to the Supreme Court of California. Petition for certiorari and motion for leave to proceed *in forma pauperis* were granted October 21, 1957. 355 U. S. 853. Counsel filed a brief on behalf of petitioner March 7, 1958, and the case was scheduled for argument by such counsel during the session of this Court beginning May 19, 1958. The case was argued on behalf of petitioner by such counsel on May 21, 1958. No request for appointment of counsel has been made to this Court other than that by motion filed May 2, 1958, by counsel for petitioner suggesting his own appointment. The motion is denied for lack of a timely showing of a need for an appointment. *George T. Davis* for petitioner.

No. 959. SCHLEICH, ALIAS RING, *v.* BUTTERFIELD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. The motion to release administrative records to the Board of Immigration Appeals is granted. In the event of an adverse ruling by the Board of Immigration Appeals the time for filing the respondent's brief is extended for a period of 30 days thereafter. *Ernest Goodman* for movant-petitioner. *Solicitor General Rankin* for respondent.

No. 647, Misc. MADSEN *v.* HAGAN, WARDEN, ET AL.;
No. 719, Misc. PRESTON *v.* MICHIGAN;
No. 732, Misc. MILES *v.* BANMILLER, WARDEN; and
No. 739, Misc. EX PARTE LOWERY. Motions for leave to file petitions for writs of habeas corpus denied.

No. 715, Misc. HEATH *v.* TINSLEY, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.